UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x
                                 :
UNITED STATES OF AMERICA         :    INFORMATION
                                 :
           - v. -                :    07 Cr.
                                 :
DARYL SIMON,                     :
                                 :
           Defendant.            :    **07 CRIM. - 474**
                                 :
- - - - - - - - - - - - - - - - x

ORIGINAL

COUNT ONE

The United States Attorney charges:

1. On or about May 11, 2006, in the Southern District of New York and elsewhere, DARYL SIMON, the defendant, unlawfully, willfully, knowingly, and with intent to defraud, did possess fifteen or more access devices which are counterfeit and unauthorized access devices, to wit, DARYL SIMON possessed more than 1,000 account numbers and corresponding account information relating to credit cards issued to other people.

(Title 18, United States Code, Section 1029(a)(3) and 2.)

_____
MICHAEL J. GARCIA
United States Attorney