UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x
                               :
UNITED STATES OF AMERICA     :   INFORMATION
                               :
           - v. -             :   07 Cr.
                               :
DARYL SIMON,                    :
                               :
              Defendant.     :
                               :
- - - - - - - - - - - - - - - - x

**ORIGINAL**

**07 CRIM. - 474**

COUNT ONE

The United States Attorney charges:

1. On or about May 11, 2006, in the Southern District of New York and elsewhere, DARYL SIMON, the defendant, unlawfully, willfully, knowingly, and with intent to defraud, did possess fifteen or more access devices which are counterfeit and unauthorized access devices, to wit, DARYL SIMON possessed more than 1,000 account numbers and corresponding account information relating to credit cards issued to other people.

(Title 18, United States Code, Section 1029(a)(3) and 2.)

                                          _____
                                          MICHAEL J. GARCIA
                                          United States Attorney

Gt Exh 1
5/30/07

# UNITED STATES DISTRICT COURT

FOR THE

SOUTHERN DISTRICT OF NEW YORK

---

**UNITED STATES OF AMERICA,**          :

        v.                                    :

                                                    07 Cr.

**DARYL SIMON,**                        :

             Defendant.           :

------------------------------- x

     **DARYL SIMON,** the above-named defendant, who is accused of violating Title 10, United States Code, Section 1029(a)(3) and 2 having been advised of the nature of the charge and of his rights, hereby waives in open court prosecution by indictment and consents that the proceeding may be by information instead of by indictment.

                                                                          _____
                                                                                 Defendant.

                                                                                 _____
                                                                                 Counsel for Defendant.

Date:   White Plains, New York
             May 30 , 2007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED